STATE of Missouri,
Plaintiff/Respondent,

v.

Lundy THAMES, Defendant/Appellant.

No. 59964.

Missouri Court of Appeals,
Eastern District,
Division One.

April 28, 1992.

Allen I. Harris, St. Louis, for defendant, appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Millie Aulbur, Asst. Attys. Gen., Jefferson City, for plaintiff, respondent.

### ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of three counts of second degree robbery in violation of § 569.030 RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

STATE of Missouri,
Plaintiff/Respondent,

v.

Clay A. LOUIS, Defendant/Appellant.

Clay A. LOUIS, Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 58185, 60436.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 28, 1992.

John Klosterman, St. Louis, for defendant, appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

PER CURIAM.

Defendant appeals his conviction of two counts of attempted burglary in the first degree and the denial of his untimely filed motion for post-conviction relief.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).